UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


Case No.    5:26-cv-04192-SPG-SSC                    Date: July 28, 2026

Title       Carrera Macias v. Warden, Adelanto ICE Processing Center


Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge


              Teagan Snyder                                  n/a
              Deputy Clerk                          Court Reporter / Recorder


  Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:
          None Present                            None Present


**Proceedings:**   (IN CHAMBERS) **Order Directing Respondents to Address Transfer and Jurisdiction in Answer**


On July 23, 2026, *pro se* Petitioner Nelson Daniel Carrera Macias filed this petition for writ of habeas corpus by person in federal custody pursuant to 28 U.S.C. § 2241.  (ECF 1.)  The petition alleges that Petitioner might be in immigration detention in Adelanto, California, which is in this judicial district.  (*Id.* at 2, 4, 6.)  However, it appears that Petitioner is, and was at the time of filing, detained at California City Immigration Processing Center, in California City, Kern County.  (*Id.* at 1, 16.)  *See* Online Detainee Locator System, https://locator.ice.gov/odls/#/search (last visited July 28, 2026) (search A-Number "244295630" and country of birth "Venezuela").  Precisely when Petitioner arrived at California City, and whether he was there at the time of filing is unclear in the record now before the Court.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:26-cv-04192-SPG-SSC                    Date: July 28, 2026

Title      Carrera Macias v. Warden, Adelanto ICE Processing Center

California City is in Kern County, California in the Eastern District of California, 28 U.S.C. § 84(b).  *See California City Detention Facility*, U.S. Immigr. & Customs Enf't, https://www.ice.gov/detain/detention-facilities/california-city-detention-facility (last visited July 28, 2026) (listing physical address of California City Detention Facility as 22844 Virginia Boulevard California City, CA 93505).

For habeas petitions challenging physical confinement, "jurisdiction lies in only one district: the district of confinement." *Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004).  The Ninth Circuit has applied this district-of-confinement rule to habeas challenges to immigration detention such as this case.  *See Lopez-Marroquin v. Barr*, 955 F.3d 759, 760 (9th Cir. 2020).  Habeas jurisdiction is established at the time of filing.  *Johnson v. Gill*, 883 F.3d 756, 761 (9th Cir. 2018).  Courts are authorized to transfer an action to a court in which the action could have been brought at the time it was filed to cure lack of jurisdiction or improper venue in the interest of justice.  *See* 28 U.S.C. § 1406 (venue); 28 U.S.C. § 1631 (jurisdiction).

On July 27, 2026, the Clerk issued a notice of General Order 26-05, which sets the governing briefing schedule in this case.  (ECF 5.)  The briefing schedule requires Respondents to file an answer to the petition no later than seven days from issuance of the notice.  (*Id.* at 2.)  Accordingly, Respondents' answer is due no later than August 3, 2026.

Respondents are ORDERED to address the following in their response to the petition:

(1) Where Petitioner was detained on July 23, 2026;

---

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   5:26-cv-04192-SPG-SSC                    Date: July 28, 2026

Title      Carrera Macias v. Warden, Adelanto ICE Processing Center

     (2) When Petitioner was transferred to California City; and

     (3) Whether jurisdiction exists in the Central District of California.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | **ts** |